UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV -5  P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAUL ISAAC,
SAIEED B. KABIR,
JOSEPH T. BUTKIEWICZ, and
KEN DRISH,
individually and on behalf
of all those similarly situated,

        Plaintiffs,

v.

CHUBB CORP., d.b.a. CHUBB GROUP
OF INSURANCE COMPANIES;
UNDERWRITERS OF
LLOYD'S, LONDON;
ZURICH AMERICAN INSURANCE
COMPANY; and
NORTH AMERICAN SPECIALTY
INSURANCE COMPANY;

        Defendants.

CIVIL ACTION NO. 04-12320 RWZ

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME the Plaintiffs and hereby file a Notice of Voluntary Dismissal of the above entitled action, without prejudice and without costs pursuant to F.R.C.P. Rule 41(a). Plaintiffs specifically reserve the right to refile this action at a later date.

Dated: November 5, 2004

        By their attorneys,
        LAW OFFICE OF PETER A. LAGORIO

        _/s/ Peter A. Lagorio_
        Peter A. Lagorio (BBO#567379)
        63 Atlantic Avenue
        Boston, MA 02110
        Tel: (617) 367-4200
        Fax: (617) 227-3384

2

JOHNSON & PERKINSON
Dennis J. Johnson
James F. Conway, III
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060